# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 74 MAL 2016

:

Respondent   :

:   Petition for Allowance of Appeal from

:   the Order of the Superior Court

v.   :

:

:

:

WALLACE A. HOLLEY,   :

:

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.